# ORDERS.

During the time of these Reports the Supreme Judicial Court made the following orders with respect to applications for leave to obtain further appellate review of cases decided by the Appeals Court.

November 24, 1975

*Granted*:

MABEL A. CARRIER, executrix, *vs.* SHELBY MUTUAL INSURANCE COMPANY. Reported below as WILFRED J. CARRIER'S CASE.

*Denied*:

COMMONWEALTH *vs.* KENNETH JACKSON.
COMMONWEALTH *vs.* BERNARD F. UNDERWOOD.
COMMONWEALTH *vs.* JOSEPH D. ZALESKI.
DOREL STEEL CORPORATION *vs.* MODULAR CONSTRUCTORS, INC.

December 29, 1975

*Denied*:

COMMONWEALTH *vs.* JIMMY T. BRADLEY.
COMMONWEALTH *vs.* PHILIP CRESTA.
COMMONWEALTH *vs.* FLOYD HAMILTON & another.
COMMONWEALTH *vs.* PAUL McKENZIE, JR.
WILLIAM L. DONNELLY *vs.* SUFFOLK UNIVERSITY.
VALERIE LaPLANTE *vs.* MICHAEL GEMELLI.

January 26, 1976

*Denied*:

B & D CONSTRUCTION CO., INC. *vs.* WILLIAM J. GOMOLKA.
THE BOSTON FIVE CENTS SAVINGS BANK *vs.* F. DAVID JOHNSON & another.
GUISEPPE BRANCALEONE & others *vs.* ANTHONY PARISI & others (and a companion case).
ROBERT R. CARR *vs.* SPECIAL DELIVERY SERVICE, INC.
COMMONWEALTH *vs.* CARL M. BENJAMIN (and two companion cases).
COMMONWEALTH *vs.* LAWRENCE BURHOE.
COMMONWEALTH *vs.* OWEN M. McCANTS.
COMMONWEALTH *vs.* ALLAN ROBERT WALDRON.
ELIZABETH FERRARO *vs.* JOHN FERRARO.
L. G. BALFOUR COMPANY *vs.* ABLONDI & BOYNTON CORPORATION.
ISADORE LUDWIN, trustee, *vs.* HOLYOKE MUTUAL FIRE INSURANCE COMPANY & others.
LEONARD L. LUSSIER *vs.* COMMISSIONER OF CORRECTION & others.
MARY L. MALAGUTI & another *vs.* PLANNING BOARD OF WELLESLEY.